IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

ROSALEE FRYE,
    Plaintiff,

vs.                                          CASE NO.: 5:09cv258/RS/MD

MICHAEL J. ASTRUE,
Commissioner of Social Security,
    Defendant.
_____

## REPORT AND RECOMMENDATION

This case is before the court upon plaintiff's complaint filed pursuant to 42 U.S.C. § 405(g) seeking judicial review of a final decision of the Commissioner of Social Security denying plaintiff's claim for benefits. Pending is the defendant's motion to remand pursuant to sentence six of § 205(g) and 1631(c)(3) of the Social Security Act, 42 U.S.C. § 405(g) and 1383(c)(3) (doc. 12). The plaintiff does not oppose the motion according to the certification of the defendant.

Pursuant to sentence six of § 205(g) and 1631(c)(3) of the Social Security Act, 42 U.S.C. § 405(g) and 1383(c)(3), the court may, "on motion of the Commissioner made for good cause shown before he files his answer, remand the case to the Commissioner for further action by the Commissioner." The Commissioner of Social Security states that voluntary remand of the claim is appropriate to allow the ALJ to perfect the record. Due to a pending subsequent application, the ALJ will also be instructed to consolidate the claims and issue a new decision. Good cause has been shown for remand.

Accordingly, it is **RECOMMENDED** as follows:

1. That the defendant's motion to remand (doc. 12) be GRANTED.

2. That this case be remanded to the Commissioner of Social Security pursuant to sentence six of § 205(g) and 1631(c)(3) of the Social Security Act, 42 U.S.C. § 405(g) and 1383(c)(3).

3. That defendant be ordered to direct the Administrative Law Judge to perfect the record. Due to a pending subsequent application, the ALJ will also be instructed to consolidate the claims and issue a new decision.

4. That the clerk be directed to close this file administratively. The court should retain jurisdiction and order the Commissioner to report on the progress of the case within ninety (90) days of the date of this order and every thirty (30) days thereafter.

**DONE AND ORDERED** this 16th day of November, 2009.

/s/ *Miles Davis*
**MILES DAVIS**
**UNITED STATES MAGISTRATE JUDGE**

**NOTICE TO PARTIES**

**Any objections to these proposed findings and recommendations must be filed within ten days after being served a copy thereof.** *Any different deadline that may appear on the electronic docket is for the court's internal use only, and does not control.* **A copy of any objections shall be served upon any other parties. Failure to object may limit the scope of appellate review of factual findings. See 28 U.S.C. § 636; United States v. Roberts, 858 F.2d 698, 701 (11th Cir. 1988).**