# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
### PANAMA CITY DIVISION

ROSALEE FRYE,

  Plaintiff,

vs.         CASE NO. 5:09-cv-258/RS-MD

MICHAEL J. ASTRUE,
Commissioner of Social Security,

  Defendant.

_____ /

## ORDER

  Before me is Defendant's Motion for Final Judgment (Doc. 49). The clerk is directed to enter final judgment for Plaintiff against Defendant.

**ORDERED** on April 26, 2011.

      /S/ Richard Smoak
      **RICHARD SMOAK**
      **UNITED STATES DISTRICT JUDGE**