IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

ROSALEE FRYE,

    Plaintiff,

vs.                                        CASE NO. 5:09-cv-258/RS-MD

MICHAEL J. ASTRUE,
Commissioner of Social Security,

    Defendant.

_____ /

## ORDER

Before me is the Magistrate Judge's Report and Recommendation (Doc. 58). The parties have not responded.

**IT IS ORDERED**:

1. The Magistrate Judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2. The application for attorney fees under the Equal Access to Justice Act (Doc. 52) is granted in the amount of $7,610.49. The Commissioner is ordered to pay that amount to counsel.

**ORDERED** on August 12, 2011.

                                                /S/ Richard Smoak
                                                **RICHARD SMOAK**
                                                **UNITED STATES DISTRICT JUDGE**