IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

**ROSALEE FRYE,**

    **Plaintiff,**

vs.                              **CASE NO. 5:09-cv-258/RS-MD**

**MICHAEL J. ASTRUE,**

    **Defendant.**
_____ /

## ORDER

Before me is the Magistrate Judge's Report and Recommendation (Doc. 63). No objections have been filed.

**IT IS ORDERED**:

1. The Magistrate Judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2. The Petition for Authorization of Attorney Fee Pursuant to the SSA (Doc. 60) is **GRANTED**.

3. Plaintiff's counsel, Heather Freeman, is awarded attorney's fees in the amount of $14,096.03, to be paid out of the sums withheld from plaintiff's past due benefits.

4. The clerk is directed to close the file.

**ORDERED** on April 30, 2012.

/S/ Richard Smoak
**RICHARD SMOAK**
**UNITED STATES DISTRICT JUDGE**
